UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-23-21-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| LYLE JOSEPH OMEASOO, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 13th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court