# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 24-30-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| LYLE JOSEPH OMEASOO, | |
| Defendant. | |

Before the Court is a motion from the United States of America for an order allowing Holley Johnson-Richard to appear and give testimony at the restitution hearing by video. Defendant has no objection. IT IS HEREBY ORDERED that the government's motion is granted. The United States shall coordinate with the Clerk of Court to arrange the telephonic appearance.

**DATED** this 3rd day of January 2025.

_____
Brian Morris, Chief District Judge
United State District Court