THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LYLE JOSEPH OMEASOO,<br><br>    Defendant. | CR-24-30-GF-BMM<br><br>**ORDER** |

Defendant Lyle Joseph Omeasoo has moved for early termination of his term of probation. (Doc. 63.) The Court conducted a hearing on Omeasoo's motion on January 29, 2026. (Doc. 69.) The Government does not oppose the motion. (*Id.*) The Court advised Omeasoo that the Court will grant Omeasoo's motion on February 28, 2026, if Omeasoo remains violation free.

A jury found Omeasoo guilty of assault by striking, beating, or wounding in violation of 18 U.S.C. §§ 113(a)(4). (Doc. 33 and Doc. 38.) The Court sentenced Omeasoo to probation for a term of two years. (Doc. 47.) Omeasoo began his term of probation on January 13, 2025. (*Id.*)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest

1

of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Omeasoo's term of probation. Adequate punishment has been imposed that reflects the seriousness of Omeasoo's offense. Omeasoo has served over one year of his term of probation. Omeasoo has completed over half of his term of supervision and has paid all the restitution he owed. (Doc. 62.) Omeasoo is scheduled to discharge from supervised release in January of 2027. (Doc. 63.)

Adequate deterrence also appears to have been achieved. Omeasoo has had no reported violations during his term of probation. (Doc. 63 at 1.) Omeasoo has reported to probation as required and Omeasoo has no outstanding restitution obligations. (*Id*.) Omeasoo's probation officer supports the early termination of supervision. (*Id*.) Omeasoo has demonstrated continuing dedication to his family and community. (*Id*. at 2.)

Further supervision appears unnecessary to protect the public from further criminal behavior by Omeasoo. The early termination of Omeasoo's term of supervision comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Omeasoo's Motion for Early Termination of Supervised release (Doc. 63) is **GRANTED.** Omeasoo's supervised

release will be terminated on February 28th, 2026, if Omeasoo remains violation free.

DATED this 30th day of January, 2026.

_____
Brian Morris, Chief District Judge
United States District Court